# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

KEVIN L. WILLIAMS,  )
    Plaintiff,  )
      )
v.  )
      )
      ) **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,  ) **CASE NO. 7:11-CV-224-D**
*Commissioner of Social Security*,  )
    Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 17] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, and Defendant's final decision is AFFIRMED. The Clerk of Court will close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 1, 2012,** WITH A COPY TO:

Jonathan P. Miller (via CM/ECF electronic notification)
Lisa M. Rayo (via CM/ECF electronic notification)

|  |  |
|---|---|
| November 1, 2012 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
|  |  |
|  | /s/Debby Sawyer |
|  | (By) Deputy Clerk |
| Raleigh, North Carolina |  |